District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KOULA SYLLA,

    Plaintiff,

v.

TRACY RENAUD, *et al.*,

    Defendants.

No. C21-569-RSL

**JOINT STIPULATION AND ORDER OF DISMISSAL**

STIPULATION

WHEREAS Plaintiff filed the Complaint on April 28, 2021, requesting the Court to compel Defendants to adjudicate Plaintiff's I-90 Application to Renew/Replace Permanent Resident Card. Dkt. No. 1.

WHEREAS Plaintiff's 1-90 Application has been adjudicated and approved.

WHEREAS the parties agree that Plaintiff's Complaint is moot and should be dismissed. Plaintiff does not waive his ability to seek attorneys' fees or costs and Defendants will oppose any application for fees and costs.

JOINT STIPULATION AND ORDER OF
DISMISSAL - 1
(C21-0569-RSL)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

Plaintiff's Complaint is DISMISSED without prejudice.

SO STIPULATED.
DATED this 2nd day of July, 2021.

TESSA M. GORMAN
Acting United States Attorney

 /s Michelle R. Lambert
MICHELLE R. LAMBERT NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98101-1271
Telephone No. (253) 428-38824
E-mail: Michelle.lambert@usdoj.gov
Attorney for Defendants


SO STIPULATED.
DATED this 2nd day of July, 2021.

THORWARD IMMIGRATION LAW, PLLC

/s Minda A. Thorward
MINDA A. THORWARD WSBA#47594
5600 C Rainier Ave S, Ste. 208
Seattle, WA 98118
Telephone No. (206) 607-7976
E-mail: Thorwardlaw@gmail.com
Attorney for Plaintiff

JOINT STIPULATION AND ORDER OF DISMISSAL - 2
(C21-0569-RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# **ORDER**

IT IS SO ORDERED. Plaintiff's Complaint is DISMISSED without prejudice.

DATED this \_\_\_\_6th\_\_\_\_\_ day of \_\_\_\_July_____, 2021.

*/s/ Robert S. Lasnik*
_____
ROBERT S. LASNIK
United States Magistrate Judge

JOINT STIPULATION AND ORDER OF
DISMISSAL - 3
(C21-0569-RSL)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970